USCA1 Opinion

 

 June 6, 1994 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 93-2363 AUGUSTO SERNA, Petitioner, Appellant, v. UNITED STATES OF AMERICA, Respondent, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE [Hon. Shane Devine, Senior U.S. District Judge] __________________________ ____________________ Before Selya, Cyr and Boudin, Circuit Judges. ______________ ____________________ Augusto Serna on brief pro se. _____________ Paul M. Gagnon, United States Attorney, and Peter E. Papps, First ______________ ______________ Assistant United States Attorney, on Motion for Summary Disposition, for appellee. ____________________ ____________________ Per Curiam. We affirm the denial of appellant's __________ 2255 petition for the reasons stated by the district court in its November 23, 1993 order. The questions concerning Guillermo and Munoz, to which appellant responded in the negative, were not evidence and had no effect on the sentence. Affirmed. ________ -2-